```
FILED
October 7, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
_____
DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                              )<br>          Plaintiff,          )<br>v.                            )<br>                              )<br>VI A. LE,                     )<br>          Defendant.          )<br>_____) | Case No. MAG. 10-0293-EFB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release VI A. LE, Case No. MAG. 10-0293-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   \_\_\_    Release on Personal Recognizance

   _X_    Bail Posted in the Sum of: $125,000.00

            _X_    Unsecured Appearance Bond ($25,000.00)

            _X_    Secured Appearance Bond ($100,000.00)

            _X_    (Other) Conditions as stated on the record.

            _X_    (Other) The secured bond paperwork is to be filed by 10/28/10.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  10-07-10  at  2:31 p.m.

By /s/ Edmund F. Brennan

Edmund F. Brennan
United States Magistrate Judge